IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

ROBERT HOARD IV,

    Plaintiff,

v.                                          2:24-CV-157-Z-BR

SHERIFF TAM TERRY, *et al.*,

    Defendants.

## ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION

Before the Court are the findings, conclusions, and recommendation of the United States Magistrate Judge to dismiss this for failure to prosecute ("FCR") (ECF No. 18). No objections to the FCR have been filed. After making an independent review of the pleadings, files, and records in this case, the Court concludes that the FCR is correct. It is therefore **ORDERED** that the FCR is **ADOPTED** and this case is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED.**

December 30, 2024.

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE